**大成 DENTONS**

**Karla Del Pozo Garcia**
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 15, 2021

**VIA ECF**

The Honorable Sarah L Cave
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties' request for a 45-day stay of all case deadlines (ECF No. 9) is GRANTED.  All case deadlines are ADJOURNED sine die.  By **November 1, 2021**, the parties shall file a stipulation of dismissal or a joint status report on their efforts to resolve this case.
>
> The Clerk of Court is respectfully directed to close ECF No. 9.
>
> SO ORDERED     9/15/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:     *Angeles v. Bennetek Ecommerce Company*: Case 1:21-cv-05188-PAE-SLC

Dear Judge Cave:

We represent Defendant Bennetek Ecommerce Company ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 15, 2021 to November 1, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

**Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ► **Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms