UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

                    Plaintiff,

  -v-

BENNETEK ECOMMERCE COMPANY,

                    Defendant.

CIVIL ACTION NO.: 21 Civ. 5188 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 15, 2021, at the parties' request, the Court stayed all case deadlines to permit the parties to finalize a settlement. (ECF No. 10 (the "September 15 Order")). The Court directed the parties to file a stipulation of dismissal or joint status report on their settlement efforts by November 1, 2021. (Id.) To date, the parties have neither complied with the September 15 Order nor requested an extension of the now-lapsed deadline to do so. Nonetheless, the Court sua sponte extends this deadline, and directs the parties to file a stipulation of dismissal or joint status report on their settlement efforts by **November 5, 2021**.

Dated:     New York, New York
            November 3, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**